23135.   WINDSOR v. SOUTHEASTERN ADJUSTERS, INC.

DUCKWORTH, Chief Justice.   No enumeration of the errors relied upon by the appellant has been filed with the clerk of this court in accordance with *Code Ann.* § 6-810 (Ga. L. 1965, pp. 18, 29; amended pp. 240, 243).   Nor can this court adopt the questions allegedly presented for review in the appellant's brief as being such specifications of error since the brief is not a part of the record but a requirement of this court under its authority to make rules for the determination of cases. *Code Ann.* § 2-3707 (Const. of 1945).   Since this court is one alone for the correction of errors of law only (*Code Ann.* § 2-3704 (Const. of 1945)), and any error not enumerated shall be disregarded (see Appellate Practice Act of 1965, supra), the appeal is incomplete and it is accordingly dismissed.

*Appeal dismissed.   All the Justices concur, except Mobley, J., not participating for providential cause.*

ARGUED SEPTEMBER 15, 1965—DECIDED SEPTEMBER 22, 1965—
REHEARING DENIED OCTOBER 7, 1965.

*Llop & Long, Michael Anthony Glean,* for appellant.
*Sumner & Boatright, J. Laddie Boatright, Gibson, McGhee & Blount, Lamar Gibson,* for appellee.